UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMIN JONES,

    Petitioner,

v.                                                        CASE NO. 6:04-cv-1204-Orl-19JGG
                                                               (6:00-cr-009-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This case is before the Court on the following motion:

**MOTION**:    Petitioner's Motion for (1) Clarification and/or Reconsideration and (2) a Stay of the Court's Order (Doc. No. 34, filed September 6, 2005).

Petitioner has failed to demonstrate sufficient grounds warranting the relief requested; therefore, it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 13th day of September, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 9/13
Amin Jones
Counsel of Record