UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMIN JONES,

    Petitioner,

v.                                       CASE NO. 6:04-cv-1204-Orl-19JGG
                                             (6:00-cr-009-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

_____

## ORDER

This case is before the Court on the following motions:

1.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 42, filed January 9, 2006) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $255.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.    Petitioner's Request for a Certificate of Appealability (Doc. No. 41, filed January 10, 2006) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a

constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

    **DONE AND ORDERED** at Orlando, Florida, this __13th__ day of January, 2006.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 1/13
Counsel of Record
Amin Jones